# United States District Court
# Central District of California
# Western Division

| | |
|---|---|
| BRAVADO INTENTIONAL GROUP MERCHANDISING SERVICES, INC., <br><br>    Plaintiff, <br><br>  v. <br><br> MLTD, INC., <br><br>    Defendant. | CV 17-04058 TJH (JEMx) <br><br> **Order** <br> [101,106] |

    The Court has considered Defendant MLTD, Inc.'s ["MLTD"] request for entry of default against Cross Defendants Odd Sox, LLC and Ahmad Akar, together with the moving and opposing papers.

    On August 30, 2018, the Court dismissed for misjoinder all defendants other than MLTD. In doing so, the Court implicitly dismissed all cross claims against those dismissed defendants.

    Accordingly,

It is Ordered that the request for entry of default against former Cross Defendants Odd Sox, LLC and Ahmad Akar be, and hereby is, Denied.

Date: February 11, 2019

_____
Terry J. Hatter, Jr.
Senior United States District Judge