Kenneth A. Feinswog (CBN 129562)
kfeinswog@aol.com
400 Corporate Pointe, Suite 300
Culver City, California 90230
(310) 846-5800/FAX: (310) 846-5801
Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bravado International Group Merchandising Services, Inc., and Zion Rootswear, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> MLTD, Inc., Odd Sox, LLC, Ahmad Akar, Ravenite, LLC d/b/a SSUR, Lawrence Ksido, Ruslan Karablin d/b/a Russ Karablin, Black Market USA, Long Tran, Money Matters NYC, Inc., Edward Grayver, Fourth DTSA d/b/a Fourthonline.com, Chris Ngo, Third Estate, LLC d/b/a Dope Clothing, Matthew Fields, EPOD America, LLC, Acapulco Gold, LLC, Agustin Galan, Vintage Bleach, LLC, Christopher Washington, Dalia Kaissi, and Karis Dowe. <br><br> Defendants. | Case No. 2:17-cv-04058-TJH-JEMx <br><br> Hon. Terry J. Hatter, Jr. <br><br> **ORDER TO DISMISS CERTAIN PARTIES [111]** |

Plaintiffs Bravado International Group Merchandising Services, Inc. and Zion Rootswear, LLC (collectively, "Plaintiffs") and defendant MLTD, Inc. ("MLTD") having stipulated to dismissal of Plaintiffs' claims against MLTD;

1    IT IS HEREBY ORDERED that Plaintiffs' claims against MLTD are hereby
2 dismissed with prejudice with all parties bearing their own attorneys' fees and costs.

4    Dated: April 15, 2019

_____
THE HONORABLE TERRY J. HATTER JR.
United States District Judge